LEWIS AND ROCA LLP
LAWYERS

40 North Central Avenue
Phoenix, Arizona 85004-4429
Telephone: (602) 262-5311

Kristina N. Holmstrom, State Bar No. 023384
Direct Dial: (602) 262-5762
Direct Fax: (602) 734-3875
EMail: KHmstrom@LRLaw.com

Attorneys for Defendant Life Insurance Company of America

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| DEBRA ALIFF,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>　　　　　Defendant. | Case No.: 3:12-cv-08111-DGC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Having resolved their dispute, the parties stipulate that the Court shall dismiss the matter with prejudice.  Each party will bear her/its own attorneys' fees and costs.

DATED this 25th day of October, 2012.

SCHNEIDER WALLACE COTTRELL BRAYTON KONECKY LLP

By /s/ *Garrett W. Wotkyns*
　　　Garrett W. Wotkyns
Attorneys for Plaintiff

LEWIS AND ROCA LLP

By  /s/ *Kristina N. Holmstrom*
　　　Kristina N. Holmstrom
Attorneys for Defendant Life Insurance Company of North America

3156229.1