UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| DEBRA ALIFF,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>　　　　　　Defendant. | Case No.: CV12-8111-PCT DGC<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to stipulation (Doc. 16) and good cause appearing,

**IT IS ORDERED** that the above-captioned lawsuit is dismissed with prejudice. Each party will bear her/its own attorneys' fees and costs. The Rule 16 Case Management Conference set for October 26, 2012 at 3:30 p.m. is vacated.

Dated this 26th day of October, 2012.

_____
David G. Campbell
United States District Judge

3156227.1